■ JOHN W. FOWLER et al., Respondents, v JOHN W. WHITNEY, Appellant, et al., Defendant. [737 NYS2d 566] —Appeal from a judgment (denominated order and judgment) of Supreme Court, Oswego County (Nicholson, J.), entered January 5, 2000, in favor of plaintiffs after a nonjury trial.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court, Nicholson, J. Present—Wisner, J.P., Hurlbutt, Kehoe, Burns and Lawton, JJ.